IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY WAYNE MATSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3214 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Application and Affidavit for Leave to Proceed In Forma Pauperis (Filing No. 2).  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Application and Affidavit for Leave to Proceed In Forma Pauperis (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

2. The U.S. Marshal shall serve the summons and Complaint without payment of costs or fees.  Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the U.S. Marshal.

3. To obtain service of process on the defendant, the plaintiff must complete and return three summons forms and three USM-285 forms.  Upon receipt of the completed forms, the Clerk of the Court will sign the summons forms, to be forwarded with copies of the Complaint to the U.S. Marshal for service of process.

DATED this 28th day of November, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge